prejudicially affect the substantial rights of the defendant." *Id.* at 1307.

Because the prosecutor complied with the DOJ's policy, which required him to inform the district court that the DOJ and the Obama Administration supported the elimination of the crack/powder cocaine disparity in the Sentencing Guidelines, he did not commit prosecutorial misconduct, plainly or otherwise, by arguing for a within-guideline sentence. Accordingly, upon review of the record and consideration of the parties' briefs, we affirm Rowe's 84–month sentence for possession with intent to distribute cocaine.

**AFFIRMED.**

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Volusia County appeals from a denial of its Renewed Motion for Judgment as a Matter of Law in favor of Kurt Vroman after a jury verdict finding against Volusia County. After reviewing the record and the briefs of the parties, and hearing oral argument, we find no error that warrants reversal in this case.

AFFIRMED.

**Kurt VROMAN, Plaintiff–Appellee,**

v.

**VOLUSIA COUNTY, FLORIDA, Defendant–Appellant,**

**James Tauber, named in his individual and official capacities, et al., Defendants.**

No. 09–11194.

United States Court of Appeals, Eleventh Circuit.

Feb. 4, 2010.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thomas D. KING, a.k.a. Tom King, Defendant–Appellant.**

No. 07–12374

United States Court of Appeals, Eleventh Circuit.

Feb. 4, 2010.

Curtis Fallgatter, Fallgatter Farmand & Catlin, P.A., Jacksonville, FL, for Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Appellee.